UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AUTO-OWNERS MUTUAL INSURANCE
COMPANY,

      Plaintiff,

      v.

BRICKS AND STONES, LLC and DD&B
CONSTRUCTION, INC.,

      Defendants.

Case No. 20-2365-JWB

### SECOND AMENDED SCHEDULING ORDER

Plaintiff has filed an unopposed motion (ECF No. 79) to amend the scheduling order entered in this case (ECF Nos. 22, 69). For good cause shown, the motion is granted. The scheduling order is amended as follows:

a) All discovery shall be commenced or served in time to be completed by **May 6, 2022.**

b) The final pretrial conference is rescheduled from April 1, 2022, to **May 31, 2022, at 11:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **May 19, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to the presiding magistrate judge's chambers. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

1

    c)        The new deadline for filing potentially dispositive motions is **June 30, 2022.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 28, 2022, at Kansas City, Kansas.

                                              <u>s/ James P. O'Hara</u>
                                              James P. O'Hara
                                              U.S. Magistrate Judge